UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 11-06-DLB-EBA-1

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

vs.        <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

LARRY FOX                                                                                                        DEFENDANT

************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court not revoke Defendant Larry Fox's supervised release. (Doc. # 49). At the final revocation hearing conducted on December 11, 2015, Defendant stipulated to violating the terms of his supervised release, as set forth in the September 3, 2015 Violation Report. (Doc. # 33).

Defendant having executed a waiver of his right to allocution (Doc. # 48), and both parties having failed to file Objections to the R&R within the time period provided by Local Rule, the R&R is now ripe for the Court's review. The R&R being sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. # 49) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

  (2)  Defendant is found to have **VIOLATED** the terms of his supervised release;

  (3)  Defendant's supervised release **SHALL NOT** be revoked; and

  (4)  This matter shall come before Magistrate Judge Atkins for a **Status Conference on Thursday, April 21, 2016 at 10:30 a.m. at the Federal Courthouse in Ashland, Kentucky** to monitor Defendant's compliance with the conditions of supervised release.

  This 5th day of January, 2016.



Signed By:
**David L. Bunning**
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2011\11-06 Order Adopting R&R re SRV.wpd