**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 11-6-DLB-EBA**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**V.**                **ORDER ADOPTING REPORT AND RECOMMENDATION**

**LARRY FOX**                                                     **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

      This matter is before the Court upon the December 2, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Larry Fox's supervised release and impose a sentence of six (6) months incarceration, with no supervised release to follow. (Doc. # 61).   During the Final Revocation Hearing, conducted by Judge Atkins on December 1, 2016, Defendant stipulated to violating the terms of his supervised release, as set forth in the November 16, 2016 Violation Report. (Doc. # 59).

      Defendant having executed a waiver of his right to allocution (Doc. # 60), and the time for filing objections to the R&R having passed, this matter is now ripe for the Court's consideration.  The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,,

      **IT IS ORDERED** as follows:

      (1)      The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 61) is

1

hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

      (2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

      (3)     Defendant's supervised release is hereby **REVOKED**;

      (4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period

of **six (6) months**, with no term of supervised release to follow;

      (5)     Defendant is ordered to self-surrender upon designation to a facility; and

      (6)     A Judgment shall be entered concurrently herewith.

This 7th day of January, 2017.



Signed By:

*David L. Bunning*

United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2011\11-06 Order Adopting R&R re SRV 2.wpd